**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**DOCKET NO. 3:07CR211-4-R**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| GREGORY A. MASCARO, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** is before the Court on the Government's "Motion To Unseal Record" filed November 12, 2008 (Doc. No. 123). For the reason stated therein, the Motion is hereby **GRANTED**.

**SO ORDERED.**

Signed: December 3, 2008

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge