IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL CASE NO. 3:07cr211-04

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| GREGORY A. MASCARO. | ) | |

**THIS MATTER** is before the Court on the Defendant's Unopposed Motion to Modify Report Date [Doc. 252].

For the reasons stated in the motion, and for cause shown, **IT IS, THEREFORE, ORDERED** that the Defendant's Unopposed Motion to Modify Report Date [Doc. 252] is **GRANTED**. The Defendant is hereby **ORDERED** to report to FPC Pensacola on such date as directed by the Government, such date to be no sooner than June 8, 2009.

**IT IS SO ORDERED**.

Signed: May 20, 2009

Martin Reidinger
United States District Judge